PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi

*FILED NOV 29 2007 — J.T. NOBLIN, CLERK, BY _____ DEPUTY*

UNITED STATES OF AMERICA

v.

EULON PORTER

Crim. No.   5:05cr12DCB-JCS-001

On ____October 2, 2006____ the above named was placed on probation/supervised release for a period of __2__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Marty Williams*
Marty Williams
2007.10.25 09:42:52 -05'00'

U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __26th__ day of __November__, 20 __07__.

United States District Judge